UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ATLAS SHIPPING A/S,

                Plaintiff,

- against -

EURO-SCRAP ALLIANCE BV.,

                Defendant.
------------------------------------------------------------X

08 CV _____

ECF CASE

## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:    NONE

Dated: January 11, 2007
       New York, NY

                          The Plaintiff,
                          ATLAS SHIPPING A/S.

                          By: _____
                          Charles E. Murphy
                          LENNON, MURPHY & LENNON, LLC
                          The Gray Bar Building
                          420 Lexington Avenue, Suite 300
                          New York, NY 10170
                          (212) 490-6050 - phone
                          (212) 490-6070 - fax
                          cem@lenmur.com