```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ATLAS SHIPPING A/S,

     Plaintiff,

 - against -

EURO-SCRAP ALLIANCE BV.,

     Defendant.
------------------------------------------------------------X

08 CV 00228 (LAP)

ECF CASE

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

The case has settled and, therefore, the attachment is hereby vacated and all garnishee banks are directed to immediately release all funds attached pursuant to the Ex-Parte Order of Maritime Attachment issued herein.

Dated: March 6, 2008
New York, NY

      The Plaintiff,
      ATLAS SHIPPING A/S,

      By: _____
      Charles E. Murphy (CM 2125)
      LENNON, MURPHY & LENNON, LLC
      The Gray Bar Building
      420 Lexington Ave., Suite 300
      New York, NY 10170
      (212) 490-6050
      facsimile (212) 490-6070
      cem@lenmur.com

*[Handwritten annotation:]* The Clerk of the Court shall mark this action closed and all pending motions denied as moot. So ordered

March 10, 2008

*Loretta A. Preska*